RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California 91006
Telephone:    (626) 683-3991
Facsimile:    (626) 796-2554
nahigian@yahoo.com

Attorney for Defendant
Hovik Mkrtchian

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>vs.<br><br>HOVIK MKRTCHIAN<br><br>Defendant | Case Number: 2:12-CR-0322MCE<br><br>**DEFENDANT MKRTCHIAN'S EXPARTE REQUEST FOR PERMISSION TO TRAVEL** |

    Defendant Hovik Mkrtchian is out on a non-secured bond and he has complied with all terms and conditions of pre-trial services. His pre-trial services are being monitored in the Central District, Los Angeles, California. The Mkrtchian family has a family engagement party in Las Vegas, Nevada the first part of January in 2013 and Mr. Mkrtchian request permission to travel. More specifically, his pre-trial services officer suggested that he seeks permission of the Court. We are now requesting that this Court permit Mr. Mkrtchian to travel

1

from Los Angeles, California to Las Vegas, Nevada commencing at 6:00 a.m. on January 1, 2013 with his return to Los Angeles on January 3, 2013, at the hour of 7:00 p.m.

  Mr. Todd Leras, Assistant United States Attorney assigned to this case is aware and has agreed to the filing of our request to travel. Mr. Mkrtchian has agreed to continue to adhere to all conditions of pre-trial services monitoring, and orders and rules of this Honorable Court.

Dated: December 27, 2012  Respectfully Submitted,

           LAW OFFICE OF RICHARD E. NAHIGIAN

          _____/s/_____
          Attorney for Defendant Mkrtchian

IT IS SO ORDERED.

Dated: January 8, 2013

          _____
          MORRISON C. ENGLAND, JR., CHIEF JUDGE
          UNITED STATES DISTRICT COURT