RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California  91106
Telephone:  (626) 683-3991
Facsimile:  (626) 796-2554

Attorney for Defendant
HOVIK MKRTCHIAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-0322-MCE |
| Plaintiff, | |
| v. | ORDER PERMITTING TRAVEL FOR DEFENDANT HOVIK MKRTCHIAN |
| HOVIK MKRTCHIAN, | |
| Defendant. | |

Good cause having been shown; it is hereby ordered that defendant Hovik Mkrtchian be given permission to travel to New York City, New York from the dates May 14 to May 20 inclusive.

It is so ordered.

Dated:  May 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1