RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California  91106
Telephone:  (626) 683-3991
Facsimile:   (626) 796-2554

Attorney for Defendant
HOVIK MKRTCHIAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOVIK MKRTCHIAN,<br><br>　　　　Defendant. | CASE NO.:  2:12-cr-0322MCE<br><br>ORDER PERMITTING TRAVEL FOR DEFENDANT HOVIK MKRTCHIAN |

Good cause having been shown; it is hereby ordered that defendant Hovik Mkrtchian be given permission to travel to Lake Mead, NV from the dates July 5 to July 7 inclusive. In the future, Defendant is directed to submit any such requests not later than ten (10) days prior to his first requested travel date.  Failure to do so may cause future requests to be denied.

IT IS SO ORDERED.

Dated: July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT