RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California  91106
Telephone:  (626) 683-3991
Facsimile:  (626) 796-2554

Attorney for Defendant
HOVIK MKRTCHIAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.:  2:12-cr-0322MCE |
| Plaintiff, | |
| v. | ORDER PERMITTING TRAVEL FOR DEFENDANT HOVIK MKRTCHIAN |
| HOVIK MKRTCHIAN, | |
| Defendant. | |

Good cause having been shown; it is hereby ordered that defendant Hovik Mkrtchian be given permission to travel internationally for his honeymoon after his wedding on September 12, 2015 for the duration of approximately 7 days.

IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

ORDER PERMITTING TRAVEL